UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOEL MARTINEZ,

                Movant,

        -v-                                            21 CIVIL 10445 (LTS)

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                     18 CR 319-8 (LTS)

        -v-                                            **JUDGMENT**

NOEL MARTINEZ,

                Defendant.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2022, the motion is granted. The sentence imposed on May 20, 2021, is vacated (see docket entry no. 389) and Mr. Martinez will be resentenced as set forth in the Order; accordingly, case 21-CV-10445 is closed.

**Dated:** New York, New York
           March 11, 2022

                                                            **RUBY J. KRAJICK**

                                                              Clerk of Court
                                        **BY:**
                                                               **Deputy Clerk**